THE PEOPLE v. RODRÍGUEZ.

APPEAL from the District Court of Humacao.

No. 4.—Decided February 24, 1906.

APPEAL—EVIDENCE—STATEMENT OF THE CASE—BILL OF EXCEPTIONS.—Where
there is no bill of exceptions or statement of facts in the record, the Supreme
Court cannot consider on appeal allegations to the effect that the judgment
is contrary to the evidence, or that the punishment imposed is excessive, and
it will presume that the trial court correctly weighed the evidence and duly
exercised its discretion in imposing the punishment upon the accused.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for respondent.

MR. JUSTICE HERNÁNDEZ delivered the opinion of the court.

A sworn informaton was filed in the District Court of
Humacao on November 11th of last year against José Rodrí-
guez Arroyo, charging him with burglary in the first degree,
and the defendant, having pleaded not guilty, a day was set
for the trial, at which the evidence presented was heard;
as a result of which the court found the defendant guilty and
pronounced judgment on the 23d of the following month of
November, sentencing Rodríguez Arroyo to imprisonment in
the penitentiary at hard labor for ten years, and the costs.

The defendant took an appeal from this judgment to this
Supreme Court, which appeal was contested by the *fiscal,*
and the appellant, without the aid of counsel, filed a brief in
which he attacks the findings of the trial court on the evidence,
and further complains that the penalty imposed upon him is
excessive. There is no bill of exceptions or statement of
facts, and the record contains only the information, the ar-
raignment, the judgment of conviction, the sentence, and the
notice of appeal.

We have no means of determining whether the judgment
is contrary to the evidence introduced at the trial, as alleged
by the appellant, because such evidence has not been brought
before this court in a proper statement of facts embodying

the findings of the trial court; and, in the absence of proof to the contrary, it is to be assumed that the findings of the trial court upon the evidence presented at the trial by the prosecution and the defense were correct.

We are also in ignorance of the circumstances which the judge considered in imposing the sentence of ten years' imprisonment in the penitentiary upon José Rodríguez Arroyo, within the limits of one to fifteen years, which section 410 of the Penal Code prescribes for the crime of burglary in the first degree, and, therefore we are unable to affirm that the penalty imposed is an excessive one, and that the court has abused the discretional power vested in it by section 28 of the said Code

For the reasons stated, the judgment appealed from should be affirmed, with the costs of the appeal against the appellant.

*Affirmed.*

Chief Justice Quiñones, and Justices Figueras, MacLeary and Wolf concurred.